**Order entered July 30, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00378-CV

**KELVIN PRUITT, Appellant**

**V.**

**EL LAGO APARTMENTS, Appellee**

**On Appeal from the County Court at Law No. 3**
**Collin County, Texas**
**Trial Court Cause No. 003-00583-2015**

## ORDER

The reporter's record in this case is overdue. By postcard dated May 19, 2015, we notified the official court reporter for County Court at Law No. 3 that the reporter's record was overdue. We directed the court reporter to file the record within thirty days. To date, we have not received any response. This appeal cannot proceed until the issue of the reporter's record is resolved.

Accordingly, we **ORDER** Court Reporter Denise Y. Condran to file, within **TEN DAYS** of the date of this order, either (1) the reporter's record; (2) written verification that no hearings were recorded; or (3) written verification that appellant has not requested the record. *We notify appellant that if we receive verification he has not requested the reporter's record we will,*

*without further notice, order the appeal submitted without the reporter's record.  See*  TEX. R.

APP. P. 37.3(c).


                                /s/       CAROLYN WRIGHT
                                           CHIEF JUSTICE